SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Royal J. Stark,* in support of the petition.

*William F. Breg,* in opposition.

Decided April 28, 2000

## STATE OF CONNECTICUT *v.* ROBERT LEPRI

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 403 (AC 18769), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Gary A. Mastronardi,* in support of the petition.

*Ellen A. Jawitz,* assistant state's attorney, in opposition.

Decided April 28, 2000

## STATE OF CONNECTICUT *v.* KENYA L. BEST

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 742 (AC 18895), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Raymond J. Rigat,* in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided April 28, 2000